Report and Recommendtion adopted 6/21/10. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), this case is remanded to the Commissioner of Social Security.
s/ James S. Gwin 6/21/10
JAMES S. GWIN
UNITED STATES
DISTRICTJUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

FILED

2010 JUN 10 AM 10: 33

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| James Clarence Stanley, Jr., | : | Case No. 4:09CV2116 |
| | : | |
| Plaintiff | : | Judge James Gwin |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendant | : | |

The parties have stipulated to remand of this action pursuant to the fourth sentence of 42 U.S.C. §405(g).

It is recommended that the stipulation be approved.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: June 10, 2010

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

AO 72A
(Rev. 8/82)